1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   AND ASSOCIATES
3  A PROFESSIONAL LAW CORP.

   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14  EARNEST L. JONES,                    )  Civil No. 07-1692 MHP
                                         )
15              Plaintiff,               )
                                         )
16  v.                                   )  STIPULATION AND ORDER
                                         )
17                                       )
                                         )
18  MICHAEL J. ASTRUE,                   )
    Commissioner, Social Security        )
19  Administration,                      )
                                         )
20                                       )
             Defendant.                  )
21  _____)

22

23       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

24  Plaintiff shall have a (30) day extension of time up through and including Friday, September

25  14, 2007 in which to e-file his Motion for Summary Judgment.  This extension is

26  necessitated by the number of other cases Plaintiff's counsel currently has before the district

27  court that also require briefing.

28

                                         1
    STIPULATION AND ORDER

1

2

3          SCOTT N. SCHOOLS
           United States Attorney

4

5

6  Dated: August 14, 2007          /s/
                                    JOHN C. CUSKER
7                                   Special Assistant U.S. Attorney

8

9

10

11  Dated: August 14, 2007          /s/
                                     HARVEY P. SACKETT
12                                   Attorney for Plaintiff
                                     EARNEST L. JONES
13

14

15  IT IS SO ORDERED.

16

17  Dated:  8/23/2007

18                                   HON. MARILYN H. PATEL
                                     United...
19

                            IT IS SO ORDERED
20

                            Judge Marilyn H. Patel
21

22

23

24

25

26

27

28

                                    2

STIPULATION AND ORDER