HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EARNEST L. JONES, | ) | Civil No. 07-1692 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (14) days up through and including Friday, September 28, 2007 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

1

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: September 11, 2007 | /s/<br>JOHN C. CUSKER<br>Special Assistant U.S. Attorney |
| Dated: September 11, 2007 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>EARNEST L. JONES |

IT IS SO ORDERED.

Dated: 9/17/2007

*[Seal: United States District Court, Northern District of California]*
*IT IS SO ORDERED*
*/s/ Judge Marilyn H. Patel*

2

STIPULATION AND ORDER