HARVEY P. SACKETT (72488)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARNEST L. JONES, ) | Civil No. 07-1692 MHP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third and final extension of time of (7) days up through and including Friday, October 5, 2007 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (8) in and around this time period.

STIPULATION AND ORDER

1

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: September 26, 2007 | /s/<br>GINA SHIN<br>Special Assistant U.S. Attorney |
| Dated: September 26, 2007 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>EARNEST L. JONES |

IT IS SO ORDERED.

Dated: 10/1/2007

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

2

STIPULATION AND ORDER