HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARNEST L. JONES, | ) No.: C-07-1692 MHP |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
| | ) DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: October 4, 2007 | /s/_____<br>GINA SHIN<br>Assistant U.S. Attorney |
| Dated: October 4, 2007 | /x/_____<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>EARNEST L. JONES |

IT IS SO ORDERED.

Dated: 10/09/07             _____
                            HON. MARILYN H. PATEL
                            United States District Judge

*[Seal: United States District Court, Northern District of California — signed Judge Marilyn H. Patel]*

STIPULATION AND ORDER

2